No. 87–7298.   SCOTT v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 88–36.   BENEFICIAL CORP. ET AL. v. DEUTSCHMAN. C. A. 3d Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 88–1379.   TINDLE v. UNITED STATES.   C. A. 4th Cir. Motion of petitioner to strike the brief of the Solicitor General denied.   Certiorari denied.